IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HEATHER RHODES, Individually,
as Natural Mother and Next Friend
of C.R., A Minor                                            PLAINTIFFS

Vs.                                    Civil Action No.: 2:16cv195-KS-MTP

LAMAR COUNTY SCHOOL DISTRICT;
TONYA CRAFT, Individually; and
JOHN or JANE DOES 1-10                                      DEFENDANTS

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between counsel for all parties pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the parties have agreed and stipulated that this civil action should be dismissed with prejudice, including all claims against Defendants Lamar County School District and Tonya Craft, and that each party shall bear their own costs.

SO STIPULATED on this 21st day of August, 2018.

_____            _____
Courtney P. Wilson, Esq., MSB #103531    Kris A. Powell, MSB #101458
Tynes Law Firm, P.A.                     BRYAN NELSON P.A.
Post Office Drawer 966                   Post Office Drawer 18109
Pascagoula, Mississippi 39568-0966       Hattiesburg, Mississippi 39404-8109
(228)769-7736                            (601)261-4100
courtney@tyneslawfirm.com                kpowell@bnlawfirm.com
*Attorneys for Plaintiff*                *Attorneys for Defendants*

1

705749

Of Counsel:

Kris A. Powell, MSB No. 101458
Ann L. Griffin, MSB No. 104935
BRYAN NELSON P.A.
Post Office Drawer 18109
Hattiesburg, Mississippi 39404-8109
Telephone: (601)261-4100
Facsimile: (601)261-4106
E-Mail: kpowell@bnlawfirm.com
agriffin@bnlawfirm.com

*Attorneys for Defendants, Lamar County School District and Tonya Craft*

## CERTIFICATE OF SERVICE

I, as counsel for Defendants, Lamar County School District and Tonya Craft, do hereby certify that I have this day filed with the Clerk of Court, through the ECF system, a true and correct copy of the foregoing Stipulation of Dismissal will then follow to the below via ECF:

Douglas L. Tynes, Jr., Esq.
Courtney P. Wilson, Esq.
Tynes Law Firm, P.A.
Post Office Drawer 966
Pascagoula, Mississippi 39568-0966
monte@tyneslawfirm.com
Courtney@tyneslawfirm.com

*Attorneys for Plaintiffs*

THIS 21ST day of August, 2018

/s/Kris A. Powell
Of Counsel

705749